**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CHARLES WILCHER,               :   Civil Action No.
                                  :   08-2723(NLH)(JS)
                                  :

        Plaintiff,        :

                                  :

    v.                   :   **ORDER**

                                  :

JOHN E. POTTER,              :
Postmaster General, and     :
UNITED STATES POSTAL SERVICE,  :
                                  :

        Defendants.       :

                                  :


For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 18th day of June, 2010

ORDERED that the claims against the defendant United States of America are DISMISSED; and it is further

ORDERED that defendant John E. Potter's motion for summary judgment [38] is GRANTED; and it is further

ORDERED that the Clerk of the Court is directed to mark this matter as CLOSED.


                                    s/ Noel L. Hillman

At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.